MICHAEL McCARTHY, Appellant, *v.* BERTEL TROBERG et al., Defendants, and KALLE KALERVO, Respondent.

Counsel appeared January 4, 1950; decided January 12, 1950.

*Samuel Cooperman* and *Harry Leff* for appellant.

*William J. Magee* for respondent.

Appeal withdrawn, without costs.